UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANDEEP SINGH,
A-240-843-262,

Petitioner,

v.

Warden, Central Valley Annex,

Respondent.

No. 1:26-cv-05515-WBS-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that Petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will be granted. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/ / /

/ / /

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis, ECF No. 3, is GRANTED and Petitioner is authorized to proceed in forma pauperis without prepayment of the filing fee in this action.

2. Petitioner's motions to appoint counsel, ECF Nos. 4 and 12, are GRANTED and The Federal Defender is appointed to represent Petitioner.

3. The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

4. Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner. If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

5. In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated: August 7, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE