UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MANDEEP SINGH,<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX,<br>Respondent. | No. 1:26-cv-05515 WBS DMC<br><br>ORDER |

----oo0oo----

Counsel for Respondent is ORDERED to file its response to Petitioner's Motion for Temporary Restraining Order (Docket No. 11) on or before August 25, 2026. The court will hold a hearing on Petitioner's Motion for Temporary Restraining Order in person in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, on August 26, 2026 at 1:30pm. Personal appearances by counsel are required.

Dated: August 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE