**LEILA SAYED-TAHA**, NY Bar #5601463
Attorney at Law (CJA Appointed Counsel)
The Law Offices of Leila Taha
11720 San Pablo Ave., Suite C
El Cerrito, CA 94530
Tel: (312) 772-8361
Email: leila@tahalawoffices.com

Attorney for Petitioner
**MANDEEP SINGH**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANDEEP SINGH,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, ET AL.,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:26-cv-05515-WBS-DMC<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND RESET BRIEFING SCHEDULE**<br><br>Hearing: August 26, 2026, 1:30 p.m.<br>Judge: Hon. William B. Shubb |

Upon consideration of Petitioner's Unopposed Motion to Continue Hearing on Motion for Temporary Restraining Order and Reset Briefing Schedule, and the Declaration of Counsel submitted therewith, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The hearing on Petitioner's Motion for Temporary Restraining Order (ECF No. 11), currently set for August 26, 2026, is CONTINUED to September 8, 2026, at 1:30 p.m. in Courtroom 5. Personal appearances by counsel remain required;

2. Petitioner shall file any supplemental memorandum and supporting materials by August 28, 2026;

3. Respondents shall file their response to Petitioner's Motion for Temporary Restraining Order by September 1, 2026; and

4. The August 25, 2026 response deadline set by the Court's August 21, 2026 order (ECF No. 16) is VACATED.

IT IS SO ORDERED.

Dated: August 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE